AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Jonathan Delvo,

        Plaintiff

        v.

St. Paul Travelers Insurance Company, d/b/a Charter Oak Fire Insurance Company,

        Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED THAT JUDGMENT SHOULD BE ENTERED FOR THE PLAINTIFF AND AGAINST THE DEFENDANT IN THE AMOUNT OF $597,746.68 COMPOSED OF $249,729.46 ON THE FIRST CLAIM, $250,000 ON THE SECOND CLAIM, $5,000 ON THE THIRD CLAIM, AND $93,017.22 ATTORNEY FEES.

September 10, 2007

*Date*

JAMES R. LARSEN

*Clerk*

s/ Stevie Perry

*(By) Deputy Clerk*

Stevie Perry